1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES BOWELL,                              No.  2:17-cv-0981 KJM KJN P

12                    Plaintiff,

13        v.                                      ORDER

14    KATHLEEN ALLISON, et al.,

15                    Defendants.

16

17        On November 6, 2018, the Magistrate Judge issued an order directing plaintiff to submit

18    service documents.  On December 21, 2018, plaintiff filed a request for reconsideration of that

19    order; his request was signed on December 14, 2018.  Local Rule 303(b), states "rulings by

20    Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within

21    fourteen days . . . from the date of service of the ruling on the parties."  *Id.*  Plaintiff's request for

22    reconsideration of the magistrate judge's order of November 6, 2018 is therefore untimely.

23        Accordingly, IT IS HEREBY ORDERED that plaintiff's December 21, 2018 request for

24    reconsideration (ECF No. 23) is denied.

25    DATED:  January 10, 2019.

26

27    _____
                                 UNITED STATES DISTRICT JUDGE
28